FILED

03/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0464

IN THE MATTER OF

R.L.R.G. and L.P.H.,

Youths in Need of Care.

**ORDER**

Upon consideration of Appellant Father, N.G.'s, motion to consolidate, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant's motion is GRANTED and Cause Nos. 23-0464 and 23-0465 are hereby consolidated under Cause No. DA 23-0464 and captioned as above.

Electronically signed by:
Mike McGrath
ORDER
Chief Justice, Montana Supreme Court
March 11 2024